**UNITED STATES DISTRICT COURT**     Sealed
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. **12-20388** CR-WILLIAMS

MAGISTRATE JUDGE
TURNOFF

IN RE SEALED INDICTMENT

_____/

FILED by X D.C.

MAY 24 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

**MOTION TO SEAL**

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court, excepting the United States Attorney's Office and any other relevant law enforcement agency which may obtain copies of any indictment, arrest warrants, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendants may flee and the integrity of the ongoing investigation might be compromised should knowledge of this indictment become public. Should further information be required, the United States is prepared to respond _in camera_.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
LOIS FOSTER-STEERS
Assistant United States Attorney
Florida Bar No.0480509
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9203
Fax: (305) 536-5321
e-mail: Lois.Foster-Steers@usdoj.gov