UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20388-CR-WILLIAMS

18 U.S.C. § 1349
18 U.S.C. § 1344
18 U.S.C. § 1343
18 U.S.C. § 844(n)
18 U.S.C. § 844(i)
18 U.S.C. § 2
18 U.S.C. § 982

Sealed

MAGISTRATE JUDGE
TURNOFF

UNITED STATES OF AMERICA

vs.

LUIS MANUEL MESA and
YANSEL FRANCISCO MESA,
                    Defendants.

_____/

FILED by ___ D.C.

MAY 24 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury alleges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.      The Closing Table of South Florida, Inc. ("The Closing Table") was a Florida corporation and title agency with its principal place of business located at 1470 NW 107th Avenue, Suite A, Miami, Florida.

2.      Pylon Mortgage Corporation ("Pylon Mortgage") was a Florida corporation and mortgage brokerage business with its principal place of business located at 1470 NW 107th Avenue, Suite A, Miami, Florida.

3.      Defendant **LUIS MANUEL MESA** was resident of Miami-Dade County.

4.      Defendant **YANSEL FRANCISCO MESA** was a resident of Miami-Dade County.

5.     JP Morgan Chase Bank, N.A. ("JP Morgan") was a federally regulated financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation making it a "financial institution" within the meaning of Title 18, United States Code, Section 20, doing business as a mortgage lender throughout the United States, including the State of Florida and in the Southern District of Florida.

6.     A HUD-1 Settlement Statement ("HUD-1 Statement") was a standard form required to be executed for the closing of real estate transactions.  The HUD-1 Statement itemized for the lenders all aspects of the closing, including an itemized list of all payments to be made by the buyer, money due to the seller, and any fees paid to third parties in connection with the closing.

**COUNT 1**
**CONSPIRACY TO COMMIT BANK AND WIRE FRAUD**
**(18 U.S.C. § 1349)**

1.     Paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.     From in or around September 2007, and continuing through in or around April 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

**LUIS MANUEL MESA,**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate, with persons, known and unknown to the Grand Jury, to commit offenses against the United States, that is:

(a)     to knowingly, and with intent to defraud, execute, and cause the execution of, a scheme and artifice to defraud a financial institution, and to obtain moneys, funds and other property owned by, and under the custody and control of, a financial institution, by means of materially false

2

and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, in violation of Title 18, United States Code, Sections 1344 (1) and (2); and

(b)     to knowingly, and with intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, and knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce any writings, signs, signals, pictures, and sounds, for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343.

### PURPOSE OF THE CONSPIRACY

3.     It was a purpose of the conspiracy for the defendant and his conspirators to unlawfully enrich themselves by, among other things: (a) recruiting and paying a straw buyer to participate in the sale of a residential real property that was available for purchase; (b) submitting a false and fraudulent mortgage loan application and related documents to JP Morgan, thereby inducing the financial institution to make a loan to a straw buyer; and (c) concealing the submission of the false and fraudulent loan application and documents and the receipt and transfer of fraud proceeds.

### MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

4.     **LUIS MANUEL MESA** recruited and paid a straw buyer, N.B., who, in exchange for a fee, allowed his/her identity and credit to be used by **MESA** and his conspirators to purchase a property located at 6917 Collins Avenue, Apartment #1408, Miami, Florida 33141.

5.     A conspirator prepared and caused to be prepared a HUD-1 Statement dated September 28, 2007, for the property located at 6917 Collins Avenue, Apartment #1408, Miami, Florida 33141, which reflected the true sales price as $385,000.

6.     A conspirator prepared and caused to be prepared and submitted to JP Morgan, on behalf of the N.B., a false and fraudulent mortgage loan application, which included false employment information and verification forms. A conspirator also prepared and caused to be prepared and submitted to JP Morgan a second HUD-1 Statement dated September 28, 2007, which falsely and fraudulently represented that the sales price for the property located at 6917 Collins Avenue, Apartment #1408, Miami, Florida 33141, was $648,000.

7.     Based on the materially false representations in the loan application, the second HUD-1 Statement and other related false and fraudulent documents provided to the lender, JP Morgan approved the fraudulent loan application submitted by the defendant and his conspirators and funded the loan at a significantly inflated value over the actual purchase price paid to the seller of the property. JP Morgan further wired the loan proceeds in interstate commerce to a bank account held by The Closing Table in the Southern District of Florida.

All in violation of Title 18, United States Code, Section 1349.

**COUNT 2**
**Bank Fraud**
**(18 U.S.C. § 1344)**

1.     Paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.     From in or around September 2007, and continuing through in or around April 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

4

**LUIS MANUEL MESA,**

did knowingly, and with the intent to defraud, execute, and cause the execution of, a scheme and artifice to defraud a federally insured financial institution, that is, JP Morgan, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and cause the execution of, a scheme and artifice to obtain moneys, funds and other property owned by, and under the custody and control of said financial institution by means of materially false and fraudulent pretenses, representations, and promises relating to a material fact.

## PURPOSE OF THE SCHEME AND ARTIFICE

3.     It was a purpose of the scheme and artifice for the defendant and his accomplices to unlawfully enrich themselves by, among other things: (a) recruiting and paying a straw buyer to participate in the sale of a residential real property that was available for purchase; (b) submitting a false and fraudulent mortgage loan application, HUD-1 Statement and related false and fraudulent documents to JP Morgan, thereby inducing the financial institution to make a loan to a straw buyer; and (c) concealing the submission of the false and fraudulent loan application and documents and the receipt and transfer of fraud proceeds.

## THE SCHEME AND ARTIFICE

4.     Paragraphs 4 through 7 of the Manner and Means section of Count 1 of this Indictment are re-alleged and incorporated fully herein by reference as a description of the scheme and artifice.

## EXECUTION OF THE SCHEME AND ARTIFICE

5.     On or about September 28, 2007, the defendant, **LUIS MANUEL MESA** did execute and attempt to execute the above described scheme and artifice to defraud a financial institution and

to obtain any moneys, funds and property owned by and under the custody and control of a financial institution, that is, JP Morgan, by means of false and fraudulent pretenses, representations and promises, that is the defendant submitted and caused the submission of a false and fraudulent loan application, closing and related documents in the name of N.B. to JP Morgan for the purpose of obtaining a mortgage loan in the amount of $580,723.66, for the purchase of property located at 6917 Collins Avenue, Apartment #1408, Miami, Florida 33141.

In violation of Title 18, United States Code, Sections 1344 (1) and (2), and Title 18, United States Code, Section 2 .

**COUNT 3**
**WIRE FRAUD**
**(18 U.S.C. § 1343)**

1.     Paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.     From in or around September 2007, and continuing through in or around April 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LUIS MANUEL MESA,**

did knowingly, and with intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, and transmitted and caused to be transmitted in interstate commerce, by means of wire communication certain writings, signs, signals, and sounds for the purpose of executing the scheme and artifice.

6

## PURPOSE OF THE SCHEME AND ARTIFICE

3.      It was a purpose of the scheme and artifice for the defendant and his accomplises to unlawfully enrich themselves by, among other things: (a) recruiting a straw buyer to participate in the sale of a residential real property that was available for purchase; (b) submitting a false and fraudulent mortgage loan application and related documents to JP Morgan, thereby inducing the financial institution to make a loan to a straw buyer; and (c) concealing the submission of the false and fraudulent loan application and documents and the receipt and transfer of fraud proceeds.

## THE SCHEME AND ARTIFICE

4.      Paragraphs 4 through 7 of the Manner and Means section of Count 1 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein as a description of the scheme and artifice.

## USE OF THE WIRES

5.      On or about September 28, 2007, the defendant, **LUIS MANUEL MESA** for the purpose of executing and in furtherance of the scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, did knowingly transmit and cause to be transmitted in interstate commerce by means of wire communication certain writings, signs, signals, pictures, and sounds, that is, a wire transfer in the amount of $580,723.66 from JP Morgan in New York, NY to The Closing Table's Colonial Bank, N.A. account xxxxxx0521, in the Southern District of Florida, relating to the sale of the property located at 6917 Collins Avenue, Apartment #1408, Miami, Florida 33141.

In violation of Title 18, United States Code, Sections 1343 and 2.

7

## COUNT 4
### Conspiracy to Commit Arson
### (18 U.S.C.§ 844(n))

1.     Paragraphs 1 through 4 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.     *From* On or about April 24, 2008, *through on or about March 30, 2010* in Miami-Dade County, in the Southern District of Florida, the defendants,

**LUIS MANUEL MESA**
**and**
**YANSEL FRANCISCO MESA,**

did knowingly and willfully, that is, with the intent to further the object of the conspiracy, combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to maliciously damage and destroy, by means of fire, any building, and other real and personal property, that is, the offices of The Closing Table and Pylon Mortgage, located at 1470 NW 107th Avenue, Suite A, Miami, Florida, which were used in interstate commerce and in any activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844 (i).

All in violation of Title 18, United States Code, Section 844(n).

## COUNT 5
### Arson
### (18 U.S.C. § 844(i))

1.     Paragraphs 1 through 4 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.     On or about April 25, 2008, in Miami-Dade County, in the Southern District of Florida, the defendants,

**LUIS MANUEL MESA**
**and**
**YANSEL FRANCISCO MESA,**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, any building, and other real and personal property, that is, the offices of The Closing Table and Pylon Mortgage, located at 1470 NW 107th Avenue, Suite A, Miami, Florida, which were used in interstate commerce and in any activity affecting interstate commerce, in violation of of Title 18, United States Code, Sections 844 (i) and 2.

## FORFEITURE
### (18 U.S.C. §981(a)(1)(C) and 18 U.S.C. §982(a)(2))

1.     The allegations of Counts 1 through 5 of this Indictment are re-alleged and incorporated fully herein by reference for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants has an interest.

2.     Upon conviction of any violation of Title 18, United States Code, Sections 1349, 1344 and 1343, as alleged in Counts 1 through 3 of this Indictment, defendant **LUIS MANUEL MESA** shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

3.     Upon conviction of any violation of Title 18, United States Code, Section 844, as alleged in Counts 4 and 5 of this Indictment, defendants, **LUIS MANUEL MESA** and **YANSEL FRANCISCO MESA** shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained, directly or indirectly, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

All pursuant to Title 18, United States Code, Section 982 and 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

LOIS FOSTER-STEERS
ASSISTANT UNITED STATES ATTORNEY

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**vs.**

**LUIS MANUEL MESA and
YANSEL FRANCISCO MESA,**

**Defendants.**
_____/

**CASE NO.** _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| _X_ Miami | ____ Key West | |
| ____ FTL | ____ WPB | ____ FTP |

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No ____ |
| Number of New Defendants | ____ | |
| Total number of counts | ____ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __No__
   List language and/or dialect    _____

4. This case will take    __10__    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ |
| II | 6 to 10 days | _X_ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    __No__
   If yes:
   Magistrate Case No.    _____
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of    _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the    _____    District of    _____

   Is this a potential death penalty case? (Yes or No)    __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    _X_ No

LOIS FOSTER-STEERS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0480509

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  **Luis Manuel Mesa**

**Case No:** _____

Count #: 1  _____ Conspiracy to Commit Bank and Wire Fraud _____

_____ 18 U.S.C. §1349 _____

**\* Max.Penalty** _____ 30 years' imprisonment

Count # 2: _____ Bank Fraud

_____ 18 U.S.C. §1344 _____

**\* Max.Penalty** _____ 30 years' imprisonment

Count # 3: _____ Wire Fraud

_____ 18 U.S.C. §1343 _____

**\* Max.Penalty** _____ 30 years' imprisonment

Count # 4: _____ Conspiracy to Commit Arson

_____ 18 U.S.C. §844 _____

**\* Max.Penalty** _____ 20 years' imprisonment

Count # 5: _____ Arson

_____ 18 U.S.C. §844 _____

**\* Max.Penalty** _____ 20 years' imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**___**Yansel Francisco Mesa**_____

**Case No:** _____

Count #: 4 _____ Conspiracy to Commit Arson _____

_____ 18 U.S.C. §844 _____

**\* Max.Penalty**     20 years' imprisonment _____

Count # 5:_____ Arson _____

_____ 18 U.S.C. §844(i) _____

**\* Max.Penalty**     20 years' imprisonment _____

Count #: _____

_____

**\* Max.Penalty** _____

Count # : _____

_____

**\* Max.Penalty** _____

Count # : _____

_____

**\* Max.Penalty** _____

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.